IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,  :   Criminal No. 1:23CR260-1
        Plaintiff,  :
                    :
                    :
        v.  :
                    :
JAROD GABRIEL SEEMUNGAL,  :
        Defendant.  :

## CONSENT TO FORFEITURE

The defendant, JAROD GABRIEL SEEMUNGAL, is presently under Superseding

Indictment in case number 1:23CR260-1, which charges him in Count One with a violation

of Title 18, United States Code, Section 1343 and 1349, conspiracy to commit wire fraud;

which charges him in Count Two with a violation of Title 18, United States Code, Section

1201(c), conspiracy to commit kidnapping; which charges him in Count Three with a

violation of Title 18, United States Code, Section 1951(a), conspiracy to commit Hobbs

Act Robbery; which charges him in Counts Four, Five, and Six with violations of Title 18,

United States Code, Sections 1343 and 2, wire fraud; which charges him in Count Seven

with a violation of Title 18, United States Code, Section 1201(a)(1) and 2, kidnapping;

which charges him in Count Eight with a violation of Title 18, United States Code, Section

1951(a) and 2, Hobbs Act Robbery; and which charges him in Count Nine with a violation

of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2, brandishing a firearm

during and in relation to a crime of violence.

On December 15, 2023, the defendant, JAROD GABRIEL SEEMUNGAL, entered into a plea agreement, in which the defendant consented and agreed to entry of a forfeiture money judgment and forfeiture of a 2020 BMW M8 Coupe AWD, VIN #WBSAE0C01LCD54562 (the "BMW").

The registered owners of the BMW are the defendant, JAROD GABRIEL SEEMUNGAL, and the defendant's mother, Ma-Anne Jornadal Lastierre.

It is hereby stipulated by and between Plaintiff, United States of America, and Co-Owner, Ma-Anne Jornadal Lastierre, as follows:

1. The parties do hereby agree to settle and compromise the forfeiture of the BMW upon the terms indicated below.

2. Co-Owner, Ma-Anne Jornadal Lastierre, hereby agrees and consents to the forfeiture of the BMW, and does not contest the forfeiture pursuant to 18 U.S.C. § 981, as alleged in the Superseding Indictment. Co-Owner, Ma-Anne Jornadal Lastierre, acknowledges that she is a nominee owner of the BMW with no interest or stake in the vehicle.

3. Except as provided herein, each party shall bear their own costs and expenses, including attorney fees, relating to this action.

4. Co-Owner, Ma-Anne Jornadal Latierre, hereby releases and forever discharges the United States of America, its officers, agents, servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity

2

which Co-Owner, Ma-Anne Jornadal Latierre, her heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture of the BMW.

5. Co-Owner, Ma-Anne Jornadal Lastierre, further agrees to hold and save the United States of America, its servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits, claims, complaints, or other actions, of any character whatsoever, in connection with the seizure, detention, and forfeiture of the BMW.

6. Co-Owner, Ma-Anne Jornadal Lastierre, further agrees to interlocutory sale of the defendant property and waives notice of any and all further proceedings in this case.

7. Co-Owner, Ma-Anne Jornadal Lastierre, withdraws any claim submitted in a previous administrative forfeiture and waives all timing and notice requirements of that process, including but limited to the deadline for sending notice of administrative forfeiture.

This the 13th day of May, 2024.

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

Eric L. Iverson
Assistant U.S. Attorney
NCSB #
Department of Justice, CCIPS
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Tel: 336-333-5351
Email: eric.iverson@usdoj.gov

3

Case 1:23-cr-00260-WO Document 73 Filed 05/14/24 Page 3 of 4

_Ma-Anne Jornadal Lastierre_
Ma-Anne Jornadal Lastierre
1861 Meadow Court
West Palm Beach, FL 33406

_Palm Beh_ County, Florida

I certify that _Ma-anne J. Lastierre_ personally appeared before me this day and acknowledged the due execution of the foregoing instrument by Ma-Anne Jornadal Lastierre. Witness my hand and official seal this the _2_ day of _May_, 2024.

Date: _5/02/2024_

_Marcy_ _June 19, 2006_, Notary Public

MARCY LYNN HIGHT
Notary Public - State of Florida
Commission # HH 273302
My Comm. Expires Jun 19, 2026
Bonded through National Notary Assn.

4