# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

USA

                Plaintiff

v.

REMY RA ST. FELIX

                Defendant

**EXHIBIT AND WITNESS LIST**

Case No. 1:23CR260-2

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| William L. Osteen, Jr. | Eric Iverson<br>Brian Mund | Alan Doorasamy |
| **Date of Hearing** | **Court Reporter** | **Courtroom Deputy** |
| 6/17-25/2024 | Stacy Harlow | Joy Daniel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| **X** | | **6/17/2024** | | | **Michael Prim** |
| 1a | | 6/17/2024 | Yes | Yes | Photo: Michael Prim's Residence - Exterior |
| 1b-1t | | 6/17/2024 | Yes | Yes | Photos: Michael Prim's Residence - Interior |
| 26i | | 6/17/2024 | Yes | Yes | Photo: Michael Prim's Driver's License |
| 3a-3b | | 6/17/2024 | Yes | Yes | Photos: Michael Prim's injuries |
| **X** | | **6/18/2024** | | | **Richard Knott** |
| 4 | | 6/18/2024 | Yes | Yes | CD: Ring Camera Video of Michael Prim's Residence |
| **X** | | **6/18/2024** | | | **Daniel Fandrey, Suffolk County NY Police Dept Detective** |
| 6a-6g | | 6/18/2024 | Yes | Yes | Photos: Items Recovered Day of Arrest |
| 5 | | 6/18/2024 | Yes | Yes | Photo: Satellite view of McDonalds Hempstead, NY |
| 7a | | 6/18/2024 | Yes | Yes | 9mm Handgun |
| 7b | | 6/18/2024 | Yes | Yes | Ammunition |
| 8 | | 6/18/2024 | Yes | Yes | White iPhone 12 Pro Max |
| 11 | | 6/18/2024 | Yes | Yes | Yellow necklace and medallion |
| **X** | | **6/18/2024** | | | **Stephen Louder, Nassau County, NY District Attorney Special Investigator / FBI Task Force** |
| 6a | | 6/18/2024 | Yes | Yes | Photo: Firearm inside vehicle |
| 6d | | 6/18/2024 | Yes | Yes | Photo: Remy Ra St. Felix's Driver License |
| 8 | | 6/18/2024 | Yes | Yes | White iPhone 12 Pro Max |
| 9a | | 6/18/2024 | Yes | Yes | AK47 Rifle |
| 9b | | 6/18/2024 | Yes | Yes | Ammunition |
| 6e | | 6/18/2024 | Yes | Yes | Black mask |
| 6f | | 6/18/2024 | Yes | Yes | Rifle/Ammunition |
| 6g | | 6/18/2024 | Yes | Yes | Zip ties |

Page 1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 10 | | 6/18/2024 | Yes | Yes | Zip ties |
| X | | **6/18/2024** | | | **Christian Isolda, FBI Digital Forensic Examiner** |
| 8 | | 6/18/2024 | Yes | Yes | White iPhone 12 Pro Max |
| 12a | | 6/18/2024 | Yes | **NO** | CD: Grey Key Extraction of iPhone |
| 12b | | 6/18/2024 | Yes | Yes | Gray Key Progress Report |
| 13a | | 6/18/2024 | Yes | **NO** | CD: Cellebrite of iPhone GreyKey |
| 13b | | 6/18/2024 | Yes | Yes | Cellebrite Preliminary Device Report |
| 15a | | 6/18/2024 | Yes | Yes | Telegram Chat Thread #1 |
| 15b-15i | | 6/18/2024 | Yes | Yes | Photos: Telegram Chat Thread #1 |
| 16a-16b | | 6/18/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #2 |
| 17a-17e | | 6/18/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 18a-18b | | 6/18/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #4 |
| 18c-18d | | 6/18/2024 | Yes | Yes | Photos from Telegram Chat Thread #4 |
| 18e | | 6/18/2024 | Yes | Yes | Excerpt from Telegram Chat Thread #4 |
| 19a-19e | | 6/18/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 20a-20e | | 6/18/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20f | | 6/18/2024 | Yes | Yes | Photo from Telegram Chat Thread #6 |
| 21a | | 6/18/2024 | Yes | Yes | CD: Pics and Cellebrite Reports from White iPhone 12 Pro Max |
| 21b-21x | | 6/18/2024 | Yes | Yes | Photos: from iPhone in 21a |
| 21y | | 6/18/2024 | Yes | Yes | Cellebrite Report of Photos |
| 14 | | 6/18/2024 | Yes | **NO** | Telegram Chat Threads in Exhibit 21 |
| 21z | | 6/18/2024 | Yes | Yes | Cellebrite Report of Text Message Conversations |
| 25 | | 6/18/2024 | Yes | **NO** | Google Return for remgodbooking@gmail.com |
| 26a | | 6/18/2024 | Yes | Yes | Google Certificate of Authenticity |
| X | | **6/18/2024** | | | **Takeria Welch, Walmart Asset Protection Coach** |
| 23a | | 6/18/2024 | Yes | Yes | Photo: Receipt from Walmart dated 4/11/2023 |
| 23b | | 6/18/2024 | Yes | Yes | CD: Walmart Video to grocery entrance |
| 23c-23d | | 6/18/2024 | Yes | Yes | Still shots of Walmart grocery entrance |
| 22a | | 6/18/2024 | Yes | Yes | Wells Fargo Business Records Declaration |
| 22b | | 6/18/2024 | Yes | Yes | Wells Fargo Statement |
| X | | **6/18/2024** | | | **Kristen Spaeth, Coinbase** |
| 24a | | 6/18/2024 | Yes | Yes | CD: Coinbase Records |
| 24b | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Michael Prim |
| 24c | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #1 |
| 24d | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Elmer Castro |
| 24e | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #2 |
| 24f | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Jarod Seemungal |
| 24g | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Ruben Nicolopulus |
| 24h | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Haisel Daily |
| 24i | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Jesus Santiago |
| 24j | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Nathan Quintana |
| 24k | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Jose Avila |
| X | | **6/18/2024** | | | **Lindsey Chiesa, FBI Computer Specialist** |
| 27a | | 6/18/2024 | Yes | Yes | Cryptocurrency definitions |
| 27b | | 6/18/2024 | Yes | Yes | Chart of cryptocurrency out of Michael Prim's Coinbase Account |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27c | | 6/18/2024 | Yes | Yes | Chart of exchange of coins from Michael Prim's Coinbase Account |
| 24a | | 6/18/2024 | Yes | Yes | CD: Coinbase Records |
| 24c | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #1 |
| 21v | | 6/18/2024 | Yes | Yes | Remy St. Felix Driver's License |
| 24b | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Michael Prim |
| 24d | | 6/18/2024 | Yes | Yes | Coinbase Account Summary - Remy Ra St. Felix #2 |
| 24f | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Jarod Seemungal |
| 24g | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Ruben Nicolopulus |
| 24i | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Jesus Santiago |
| 24j | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Nathan Quintana |
| 27a | | 6/18/2024 | Yes | Yes | Cryptocurrency definitions |
| 27b | | 6/18/2024 | Yes | Yes | Chart of cryptocurrency out of Michael Prim's Coinbase Account |
| 27c | | 6/18/2024 | Yes | Yes | Chart of exchange of coins from Michael Prim's Coinbase Account |
| 27b | | 6/18/2024 | Yes | Yes | Chart of cryptocurrency out of Michael Prim's Coinbase Account |
| 27d | | 6/18/2024 | Yes | Yes | Graph #1 Michael Prim's Coinbase Fixed Float |
| 27e | | 6/18/2024 | Yes | Yes | Graph #2 Michael Prim's Coinbase Fixed Float |
| 27d | | 6/18/2024 | Yes | Yes | Graph #1 Michael Prim's Coinbase Fixed Float |
| 27f | | 6/18/2024 | Yes | Yes | Graph #3 Fixed Float St. Felix/Castro Coinbase |
| 24d | | 6/18/2024 | Yes | Yes | Coinbase Account Summary - Remy Ra St. Felix #2 |
| 24c | | 6/18/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #1 |
| 27f | | 6/18/2024 | Yes | Yes | Graph #1 Michael Prim's Coinbase Fixed Float |
| 27b | | 6/18/2024 | Yes | Yes | Chart of cryptocurrency out of Michael Prim's Coinbase Account |
| 27d | | 6/18/2024 | Yes | Yes | Graph #1 Michael Prim's Coinbase Fixed Float |
| 27e | | 6/18/2024 | Yes | Yes | Graph #2 Michael Prim's Coinbase Fixed Float |
| 27f | | 6/18/2024 | Yes | Yes | Graph #3 Fixed Float St. Felix/Castro Coinbase |
| **X** | | **6/20/2024** | | | **Megan Warshawsky. FBI Staff Operations Specialist** |
| 13b | | 6/20/2024 | Yes | Yes | Cellebrite Preliminary Device Report |
| 24c | | 6/20/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #1 |
| 24d | | 6/20/2024 | Yes | Yes | Coinbase Account Summary – Remy Ra St. Felix #2 |
| 25 | | 6/20/2024 | Yes | NO | Google Return for remgodbooking@gmail.com |
| 26a | | 6/20/2024 | Yes | Yes | Google Certificate of Authenticity |
| 26b | | 6/20/2024 | Yes | Yes | Google subscriber info provided for remgodbooking@gmail.com |
| 26c | | 6/20/2024 | Yes | Yes | CD: Video of Remy St. Felix with guns |
| 26d | | 6/20/2024 | Yes | Yes | CD: Video of Remy St. Felix with chain and pendant |
| 26e-26l | | 6/20/2024 | Yes | Yes | Google images on iPhone |
| 26f | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 26g | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message - Meow |
| 26h | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message - Neb |
| 26i | | 6/20/2024 | Yes | Yes | Photo: Michael Prim Driver's License |
| 26j | | 6/20/2024 | Yes | Yes | Forwarded Email to Yop of Coin Tracker Daily Portfolio update |
| 26k | | 6/20/2024 | Yes | Yes | Coin Tracker Portfolio forwarded to Yop |
| 26l | | 6/20/2024 | Yes | Yes | Photo: Remy St. Felix |
| **X** | | **6/20/2024** | | | **Jarod Seemungal** |
| 28 | | 6/20/2024 | Yes | Yes | Seemungal's Plea Agreement |
| 29 | | 6/20/2024 | Yes | Yes | Seemungal's Limited Immunity Agreement |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30b | | 6/20/2024 | Yes | Yes | Photo: Haisel Daily |
| 24g | | 6/20/2024 | Yes | Yes | Coinbase Account Summary – Ruben Nicolopulus |
| 30c | | 6/20/2024 | Yes | Yes | Photo: Remy St. Felix |
| 30a | | 6/20/2024 | Yes | Yes | Photo: Jesus Santiago |
| 24k | | 6/20/2024 | Yes | Yes | Coinbase Summary Account – Jose Avila |
| 24c | | 6/20/2024 | Yes | Yes | Coinbase Summary Account – Remy Ra St. Felix #1 |
| 24d | | 6/20/2024 | Yes | Yes | Coinbase Summary Account – Remy Ra St. Felix #2 |
| 30a | | 6/20/2024 | Yes | Yes | Photo: Jesus Santiago |
| 24f | | 6/20/2024 | Yes | Yes | Coinbase Account Summary – Jarod Seemungal |
| 31 | | 6/20/2024 | Yes | Yes | Street view of Andy's House |
| 32 | | 6/20/2024 | Yes | Yes | CD: Video of Justin Baretto in Car |
| 33 | | 6/20/2024 | Yes | Yes | Photo: Tye's House |
| 26e | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 26f | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 34a | | 6/20/2024 | Yes | Yes | CD: Recorded call between Jarod Seemungal and Remy St. Felix |
| 34b | | 6/20/2024 | Yes | Yes | Transcript of Exhibit 34A |
| 17a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 17b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 17c | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 17d | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 17e | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 18a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #4 |
| 18b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #4 |
| 18c | | 6/20/2024 | Yes | Yes | Photos from Telegram Chat Thread #4 |
| 18d | | 6/20/2024 | Yes | Yes | Photos from Telegram Chat Thread #4 |
| 18e | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #4 |
| 21k | | 6/20/2024 | Yes | Yes | Photo: Remy St. Felix with Tye's chain |
| 26g | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message |
| 21m | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Messages |
| 21n | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Messages |
| 19a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 19b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 19c | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 19e | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 26j | | 6/20/2024 | Yes | Yes | Forwarded Email to Yop of Coin Tracker Daily Portfolio update |
| 26k | | 6/20/2024 | Yes | Yes | Coin Tracker Portfolio forwarded to Yop |
| 16a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #2 |
| 16b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #2 |
| 35a | | 6/20/2024 | Yes | Yes | Screen shot: Remy St. Felix Music Video |
| 35b | | 6/20/2024 | Yes | Yes | Screen shot: Remy St. Felix Music Video |
| 26h | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Remy St. Felix and Neb |
| 16b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #2 |
| **X** | | **6/20/2024** | | | **Jesus Manuel Santiago, III** |
| 24i | | 6/20/2024 | Yes | Yes | Coinbase Summary Account – Jesus Santiago |
| 30a | | 6/20/2024 | Yes | Yes | Photo: Jesus Santiago |

Page 4 of 6

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 35a | | 6/20/2024 | Yes | Yes | Screen shot: Remy St. Felix Music Video |
| 35b | | 6/20/2024 | Yes | Yes | Screen shot: Remy St. Felix Music Video |
| 11 | | 6/20/2024 | Yes | Yes | Yellow chain and medallion |
| 40 | | 6/20/2024 | Yes | Yes | Jesus Santiago's Plea Agreement |
| 41 | | 6/20/2024 | Yes | Yes | Jesus Santiago's Limited Immunity Letter |
| 39 | | 6/20/2024 | Yes | Yes | CD: Video of Justin Baretto's abduction |
| 21e | | 6/20/2024 | Yes | Yes | Photo: Remy St. Felix |
| 39 | | 6/20/2024 | Yes | Yes | CD: Video of Justin Baretto's abduction |
| 21d | | 6/20/2024 | Yes | Yes | Photo: Remy St. Felix |
| 21f | | 6/20/2024 | Yes | Yes | Photo: Photo: Jesus Santiago in background / Remy St. Felix ½ face |
| 26e | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 26f | | 6/20/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 34a | | 6/20/2024 | Yes | Yes | CD: Recorded call between Jarod Seemungal and Remy St. Felix |
| 42a | | 6/20/2024 | Yes | Yes | Photo: Wrecked Vehicle |
| 42b | | 6/20/2024 | Yes | Yes | Photo: Wrecked Vehicle |
| 21i | | 6/20/2024 | Yes | Yes | Photo: Tye's Chain |
| 17a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 17e | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 21k | | 6/20/2024 | Yes | Yes | Photo: Jesus Santiago with Tye's Chain |
| 20a | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20b | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20c | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20d | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20e | | 6/20/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20f | | 6/20/2024 | Yes | Yes | Photos from Telegram Chat Thread #6 |
| 21o | | 6/20/2024 | Yes | Yes | Photo: Matt, Remy St. Felix, Haisel Daily, Jesus Santiago |
| 23c | | 6/20/2024 | Yes | Yes | Still shots of Walmart grocery entrance |
| 9a | | 6/20/2024 | Yes | Yes | AK47 Rifle |
| **X** | | **6/21/2024** | | | **Tullia Heissenberg** |
| 36a | | 6/21/2024 | Yes | Yes | Photo: Satellite view of Heissenberg residence |
| 36b-f | | 6/21/2024 | Yes | Yes | Photos: Heissenberg residence |
| 36g | | 6/21/2024 | Yes | Yes | Photo: Parking lot at Heissenberg's residence |
| **X** | | **6/21/2024** | | | **Rui Patricio, Florida Miami State Trooper** |
| 45 | | 6/21/2024 | Yes | Yes | CD: Florida State Trooper |
| 46a | | 6/21/2024 | Yes | Yes | Photo: Justin Baretto - side |
| 46b | | 6/21/2024 | Yes | Yes | Photo: Justin Baretto with hands tied behind his back |
| 46c | | 6/21/2024 | Yes | Yes | Photo: Justin Baretto - front |
| **X** | | **6/21.2024** | | | **Laura Quinlay, Spanish Interpreter** |
| **X** | | **6/21/2024** | | | **Alain Baretto** |
| 39 | | 6/21/2024 | Yes | Yes | CD: Video of Justin Baretto's abduction |
| 46c | | 6/21/2024 | Yes | Yes | Photo: Justin Baretto - front |
| **X** | | **6/21/2024** | | | **Ruben Matias Nicolopulus** |
| 43 | | 6/21/2024 | Yes | Yes | Nicolopulus Plea Agreement |
| 44 | | 6/21/2024 | Yes | Yes | Nicolopulus Limited Immunity Letter |
| 24g | | 6/21/2024 | Yes | Yes | Coinbase Summary Account – Ruben Nicolopulus |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20a | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 20e | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 19e | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #5 |
| 17a | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #3 |
| 26e | | 6/21/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 26f | | 6/21/2024 | Yes | Yes | Screen shot: Telegram Chat Message – 10 members |
| 17b | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 18a | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 18b | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #6 |
| 18c | | 6/21/2024 | Yes | Yes | Photo from Telegram Chat Thread #6 |
| 18d | | 6/21/2024 | Yes | Yes | Photo from Telegram Chat #6 |
| 26d | | 6/21/2024 | Yes | Yes | CD: Video of Remy St. Felix with chain and pendant |
| 18e | | 6/21/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #4 |
| 21u | | 6/21/2024 | Yes | Yes | Photo: Remy St. Felix |
| 22b | | 6/21/2024 | Yes | Yes | Wells Fargo Account Statement – Elmer Castro |
| **X** | | **6/21/2024** | | | **Harrison Putman, FBI Special Agent** |
| 47 | | 6/21/2024 | Yes | Yes | CD: Phone Records and Certifications |
| 48 | | 6/21/2024 | Yes | Yes | Putman's Cast Report |
| 13b | | 6/21/2024 | Yes | Yes | Cellebrite Preliminary Device Report |
| 24d | | 6/21/2024 | Yes | Yes | Coinbase Summary Account – Remy St. Felix #2 |
| 24c | | 6/21/2024 | Yes | Yes | Coinbase Summary Account – Remy St. Felix #1 |
| 31 | | 6/21/2024 | Yes | Yes | Photo: Street View of Andy's House |
| 24c | | 6/21/2024 | Yes | Yes | Coinbase Summary Account – Remy St. Felix #1 |
| **X** | | **6/24/2024** | | | **Kevin Butler** |
| 48 | | 6/24/2024 | Yes | Yes | Putman's Cast Report |
| 15a | | 6/24/2024 | Yes | Yes | Telegram Chat Thread #1 |
| 15c | | 6/24/2024 | Yes | Yes | Photo: Outside of Kevin Butler's residence |
| 15d | | 6/24/2024 | Yes | Yes | Photo: Kevin Butler |
| 15f | | 6/24/2024 | Yes | Yes | Photo: Kevin Butler Driver's License |
| 15e | | 6/24/2024 | Yes | Yes | Photo: Kevin Butler Older Driver's License |
| 15g | | 6/24/2024 | Yes | Yes | Photo: Kevin Butler |
| 15a | | 6/24/2024 | Yes | Yes | Telegram Chat Thread #1 |
| 15i | | 6/24/2024 | Yes | Yes | Photo: Front stoop of Kevin Butler's residence |
| 16b | | 6/24/2024 | Yes | Yes | Excerpts from Telegram Chat Thread #2 |