IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | 1:23CR260-2 |
| | : | |
| | : | |
| REMY RA ST. FELIX | : | |

## NOTICE OF APPEAL

The Defendant, by and through undersigned counsel, hereby gives notice pursuant to Rule 4 (b) of the Federal Rules of Appellate Procedure, that defendant is appealing the sentence in the Final Judgment and commitment entered by United States District Judge William L. Osteen, Jr., on October 17, 2024.

Respectfully submitted this the 25th day of October 2024.

/ s / Alan Doorasamy Sr.
ALAN DOORASAMY, Sr,
State Bar #: 31493
107 Westdale Ave
Winston-Salem, NC 27101
336-777-3773 (Office)
336-723-3825 (Facsimile)
Email: alan@dooralaw.com

## CERTIFICATE OF SERVICE

This is to certify that on October 25, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

       Eric Iverson, Esq.
       Assistant United States Attorney
       101 South Edgeworth Street, 4th Floor
       Greensboro, NC 27402.

By hand-delivering a copy of this Notice of Appeal on:

       Remy Ra St Felix
       Defendant
       Guilford County Detention Center
       Greensboro, North Carolina

Respectfully submitted,

       / s / Alan Doorasamy Sr.
       ALAN  DOORASAMY
       State Bar #: 31493
       107 Westdale Ave
       Winston-Salem, NC     27101
       336-777-3773 (Office)
       336-723-3825 (Facsimile)
       Email: alan@dooralaw.com