IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 1:23CR260-2 |
| | : | |
| REMY RA ST. FELIX | : | |

## MOTION TO WITHDRAW

NOW COMES undersigned counsel Alan Doorasamy Sr. and respectfully requests for an Order allowing Alan Doorasamy Sr. to withdraw from all future representation in this matter, and states the following:

1. Counsel was appointed to represent the defendant in this matter on September 5, 2023.

2. The defendant was sentenced by this Court on September 11, 2024. Judgment and Statement of Reasons were filed on October 17, 2024.

3. Pursuant to defendant's request, a Notice of Appeal was filed on October 25, 2024.

4. Defendant requires appellate counsel to assist him in his appeal. Counsel is not on the appellate panel.

5. Defendant has been advised that counsel will withdraw from all further representation after filing the notice of appeal.

6. In the interests of justice and fairness, counsel submits that defendant will be better served by appellate counsel.

7. Counsel has notified AUSA Eric Iverson of this filing.

8. Counsel has completed the assignment in this matter, and respectfully requests permission to withdraw from all further representation of the defendant.

WHEREFORE, undersigned counsel prays the Court to enter an Order allowing undersigned counsel's Motion To Withdraw as the attorney of record and that this Court appoint an appellate attorney to assist the defendant with his appeal.

Respectfully submitted this the 25th day of October 2024.

/ s / Alan Doorasamy Sr.
ALAN DOORASAMY, Sr,
State Bar #: 31493
107 Westdale Ave
Winston-Salem, NC 27101
336-777-3773 (Office)
336-723-3825 (Facsimile)
Email: alan@dooralaw.com

# CERTIFICATE OF SERVICE

This is to certify that on October 25, 2024, I electronically filed the foregoing Motion To Withdraw with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Eric Iverson, Esq.
>Assistant United States Attorney
>101 South Edgeworth Street, 4th Floor
>Greensboro, NC 27402.

By hand-delivering a copy of this Motion To Withdraw on:

>Remy Ra St Felix
>Defendant
>Guilford County Detention Center
>Greensboro, North Carolina

Respectfully submitted,

>/ s / Alan Doorasamy Sr.
>ALAN  DOORASAMY
>State Bar #: 31493
>107 Westdale Ave
>Winston-Salem, NC      27101
>336-777-3773 (Office)
>336-723-3825 (Facsimile)
>Email: alan@dooralaw.com